IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANGLIN TRANSPORT SERVICES,
INC., ANTHONY R. ANGLIN, and
ANGLIN, LLC,

    Defendants.

Case No. 13-cv-0037

## ORDER GRANTING ISSUANCE OF
## PREJUDGMENT WRIT OF ATTACHMENT

Upon consideration of the United States' Application for Prejudgment Remedies;

IT IS HEREBY ORDERED that for reasonable cause shown, the United States' Application for Prejudgment Remedies is granted.

IT IS FURTHER ORDERED that a Prejudgment Writ of Attachment shall be issued commanding the United States Marshal to secure satisfaction of judgment by levying on property in which the defendants have a substantial nonexempt interest, but the value of property attached shall not exceed the amount by which the sum of the amount of the debt claimed by the United States and the amount of interest and costs reasonably likely to be assessed against the debtors by the Court exceeds the aggregate value of the nonexempt interest of the debtors in any property securing the debt, and

property garnished or in receivership, or income sequestered, under this subchapter. 28 U.S.C. §§ 3102(a)(2)(A) and (B).

IT IS FURTHER ORDERED that in performing the levy, the United States Marshal may enter any property owned, occupied, or controlled by the defendants or enter any residence(s) or building(s) situated upon the property. 28 U.S.C. § 3102(d)(2).

IT IS FURTHER ORDERED that in performing the levy, the United States Marshal may take possession of property owned or controlled by the defendants. 28 U.S.C. § 3102(d)(4).

IT IS FURTHER ORDERED that the property shall be secured but shall not be sold until further order of the Court as set forth in 28 U.S.C. § 3102(d)(1).

Dated this 28th day of January, 2013

*Barbara B. Crabb*

United States District Judge

2