IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ANGLIN TRANSPORT SERVICES,
INC., ANTHONY R. ANGLIN, and
ANGLIN, LLC,

      Defendants,

THE BANK OF NEW GLARUS

      Garnishee Defendant.

Case No. 13-cv-0037

---

## ORDER GRANTING ISSUANCE OF
## PREJUDGMENT WRIT OF GARNISHMENT

---

    Upon consideration of the United States' Application for Prejudgment Remedies;

    IT IS HEREBY ORDERED that for reasonable cause shown, the United States' Application for Prejudgment remedies is granted.

    IT IS FURTHER ORDERED that the Clerk issue a Prejudgment Writ of Continuing Garnishment to the garnishee defendant, The Bank of New Glarus, and its successors or assigns.

    IT IS FURTHER ORDERED that the defendants shall have a substantial nonexempt interest in the property (excluding earnings) garnished. 28 U.S.C. § 3104(a). The value of the property attached shall not exceed the amount of the debt claimed by

1

the United States, and the amount of interest and costs reasonably likely to be assessed against the debtor by the Court exceeds the aggregate value of the nonexempt interest of the debtor in any property securing the debt, and property attached or in receivership, or income sequestered, under subchapter B.  28 U.S.C. §§ 3104(c)(1) and (2).

Dated this 28th day of January, 2013

Barbara B. Crabb

United States District Judge