IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANGLIN TRANSPORT SERVICES,
INC., ANTHONY R. ANGLIN, and
ANGLIN, LLC,

    Defendants.

Case No. 13-cv-0037

## ORDER GRANTING ISSUANCE OF
## PREJUDGMENT WRIT OF SEQUESTRATION

Upon consideration of the United States' Application for Prejudgment Remedies;

IT IS HEREBY ORDERED that for reasonable cause shown, the United States' Application for Prejudgment Remedies is granted.

IT IS FURTHER ORDERED that a Prejudgment Writ of Sequestration shall be issued commanding the United States Marshal to proceed without delay to secure satisfaction of judgment by sequestering income in which the defendants have a substantial nonexempt interest, but the amount of income sequestered shall not exceed the amount by which the sum of the amount of the debt claimed by the United States and the amount of interest and costs reasonably likely to be assessed against the debtors by the Court exceeds the aggregate value of the nonexempt interest of the debtors in

any property securing the debt, and property attached, garnished, or in receivership under this subchapter. 28 U.S.C. § 3105(a)(2).

IT IS FURTHER ORDERED that the sequestered income secured by the United States Marshal be deposited into the registry of the Clerk of Court, in the Western District of Wisconsin, pending further order of this Court.

Dated this 28th day of January, 20__.

*Barbara B. Crabb*

United States District Judge

2