IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No. 13-cv-0037

ANGLIN TRANSPORT SERVICES,
INC., ANTHONY R. ANGLIN, and
ANGLIN, LLC,

    Defendants,

THE BLANK OF NEW GLARUS

    Garnishee Defendant.

**CLERK'S NOTICE OF PREJUDGMENT CONTINUING WRIT OF GARNISHMENT**

You are hereby notified that this garnishment action is being taken by the United States of America ("the Government") which says that Anglin Transport Services, Inc., Anthony R. Anglin, and Anglin. LLC ("defendants"), owe it a debt of at least $2,308,989.52 for damages and civil penalties arising from defendants' submission of false Medicaid claims as set forth in plaintiff's Application for Prejudgment Remedies and has filed a lawsuit to collect this debt. The Government says it must garnish the property at this time because defendants have or are about to assign, dispose, remove, conceal, ill treat, waste, or destroy property with the effect of hindering, delaying, or defrauding the United States. The Government wants to make sure that Anglin

1

Transport Services, Inc., Anthony R. Anglin, and Anglin. LLC will pay if the Court determines that this money is owed.

In addition, you are hereby notified that there are exemptions under the law which may protect some of this property from being taken by the Government if Anglin Transport Services, Inc., Anthony R. Anglin, and Anglin, LLC, can show that the exemptions apply.  Attached hereto is a summary of the major exemptions which apply in most situations in the State of Wisconsin.

If you are Anglin Transport Services, Inc., Anthony R. Anglin, and Anglin. LLC, and you disagree with the reason the Government gives for taking your property now, or if you think you do not owe the money to the Government that it says you do, or if you think the property the Government is taking qualifies under one of the exemptions attached hereto, you have a right to ask the court to return your property.

If you want a hearing, you must notify the court within 20 days after you receive this notice.  You must make your request in writing, and either mail it or deliver it in person to the Clerk of the United States District Court at 120 North Henry Street, Room 320, Madison, Wisconsin 53703.  If you wish, you may use the attached document entitled "Debtor's Request for Hearing."  You must also send a copy of your request to the United States Attorney, attention Financial Litigation Unit, at 660 West Washington Avenue, Suite 303, Madison, Wisconsin 53703, so the Government will know you want

a hearing. The hearing will take place within five days after the clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible.

At the hearing, you may explain to the judge why you think you do not owe the money to the Government, why you disagree with the reason the Government says it must take your property at this time, or why you believe the property the Government has taken is exempt or belongs to someone else. You may make any or all of these explanations as you see fit.

If you think you live outside the Federal judicial district in which the court is located, you may request, not later than 20 days after your receive this notice, that this proceeding to take your property be transferred by the court to the Federal judicial district in which you reside. You must make your request in writing, and either mail it or deliver it in person to the Clerk of Court at 120 North Henry Street, Room 320, Madison, WI 53703. You must also send a copy of your request to the Government at U.S. Attorney's Office, 660 West Washington Avenue, Suite 303, Madison, WI 53703, so the Government will know you want the proceeding to be transferred.

3

Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the clerk of court. The clerk is not permitted to give legal advice, but can refer you to other sources of information.

*Peter Oppeneer*
PETER OPPENEER
Clerk of United States District Court