IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | ORDER |
| | 13-cv-37-bbc |
| v. | |
| ANGLIN TRANSPORT SERVICES, INC., ANTHONY R. ANGLIN and ANGLIN, LLC., | |
| Defendants. | |
| and | |
| THE BANK OF NEW GLARUS, | |
| Garnishee Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Defendants Anglin Transport Services, Inc., Anthony R. Anglin and Anglin, LLC., have elected to exempt the following property from the prejudgment writ of attachment order and the prejudgment writ of garnishment order:

1. The Briggs and Stratton engine, industrial air compressor and Freightliner M114SB (VIN# 1FVHG3DV2CHBU2448), up to a value of $15,000, as business equipment pursuant to Wis. Stat. § 815.18(3)(b).

2. The 2000 Harley Davidson (VIN # 1HD1FCW10YY604728), up to a value of $4,000, pursuant to Wis. Stat. § 815.18(3)(g).

3. The antique desk, American Girl doll and collectible Barbies up to the

      aggregate $12,000 limit pursuant to Wis. Stats. § 815.18(3)(d).

4.     Monies in the possession of garnishee defendant, The New Glarus Bank, for Account No.: 700301992 up to a value of $1,392.92 pursuant Wis. Stat. § 815.18(3)(k).

The government has given notice that it has no objections to the election of these exemptions.

## ORDER

IT IS ORDERED that election of exemptions by defendants Anglin Transport Services, Inc., Anthony R. Anglin and Anglin, LLC., are APPROVED. A stay of disposition is entered under 28 U.S.C. § 3014(b)(3) as to these exemptions.

FURTHER, IT IS ORDERED that the United States may not take possession of or dispose of, sell or otherwise interfere with defendants' normal use and enjoyment of property the United States knows or has reason to know is exempt.

Entered this 28th day of February, 2013.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge