IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                  Case No. 13-CV-0037

ANGLIN TRANSPORT SERVICES, INC.,
ANTHONY R. ANGLIN, and
ANGLIN, LLC,

    Defendants,

THE BANK OF NEW GLARUS,

    Garnishee Defendant.

## CONSENT JUDGMENT

The Amended Complaint having been filed in this action on January 30, 2013, and Plaintiff and Defendants having consented to the entry of this judgment,

NOW, THEREFORE, before the taking of any testimony, on the pleadings and without further adjudication of any issues of fact or law in this action and upon consent and agreement of the parties to this judgment,

IT IS ORDERED, ADJUDGED AND DECREED that:

    1.    The Court has subject-matter jurisdiction over this action pursuant to 28 U.S.C. § 1345.

    2.    Defendant, Anthony Anglin, is an adult residing within the Western District of Wisconsin, and Defendants, Anglin Transport Services, Inc. ("Anglin

Transport") and Anglin LLC, are Wisconsin organizations doing business within the Western District of Wisconsin.

3.    Anglin Transport and Anthony Anglin are liable for Counts I-III in the Amended Complaint. Defendants are liable for Count IV in the Amended Complaint. Anglin LLC is liable for Count V of the Amended Complaint.

4.    The Clerk of Court shall enter judgment against Defendants jointly and severally and in favor of the United States of America in the principal amount of $375,000.00 together with interest thereon at the legal rate from the date of the entry of judgment until paid in full.

5.    The judgment shall be recorded among the records of the circuit court in the county of residence of Defendants and all other jurisdictions where it is determined by the United States that the Defendants own real or personal property.

6.    Defendants shall relinquish the $12,458.06 deposited in the Court's registry account in accordance with the Court's February 6, 2013 Order to the United States.

7.    The United States shall withdraw the funds deposited with the Court pursuant to 28 U.S.C. § 2042.

8.    Defendants shall pay the United States the funds subject to the Court's January 29, 2013 Writ of Garnishment directed at Garnishee Defendant New Glarus Bank – Account No. 100301992, $1,392.92 and Account No. 700101209, $4,927.48. The Writ of Garnishment directed at Garnishee Defendant New Glarus Bank is hereby

dismissed for purposes of Defendants payment of the funds subject to the Writ of Garnishment to the United States.

9. All present and future costs and disbursements incurred in association with judgment satisfaction shall be paid by Defendants.

Ordered this 28th day of February, 2014.

BY THE COURT:

*[signature: Barbara B. Crabb]*

BARBARA B. CRABB
United States District Judge


Entered this 28th day of February, 2014.

    s/ A. Wiseman, Deputy Clerk
PETER OPPENEER
Clerk of Court