IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

   Plaintiff,

v.                 Case No. 13-CV-0037

ANGLIN TRANSPORT SERVICES, INC.,
ANTHONY R. ANGLIN, and
ANGLIN, LLC,

   Defendants,

THE BANK OF NEW GLARUS,

   Garnishee Defendant.

## INSTALLMENT PAYMENT ORDER

  Upon consideration of the Parties' Motion for Entry of Consent Judgment and Installment Payment Order and the Parties' Stipulation for Entry of a Consent Judgment and Installment Payment Order;

  IT IS HEREBY FOUND AND ORDERED:

  1. Judgment was entered jointly and severally against Defendants in the principal amount of $375,000.00, together with interest thereon at the legal rate from the date of the entry of judgment until paid in full ("Consent Judgment").

  2. Defendants have non-exempt disposable earnings derived from self-employment sufficient to enable Defendants to jointly and severally make a minimum payment of $600 per month toward the balance due on the Consent Judgment.

3. Defendants are jointly and severally responsible for a payment of $600 per month, on or before the fifteenth day of each month, beginning March 15, 2014 until the Consent Judgment is paid in full.

4. On June 30 and December 31 of every calendar year until the Consent Judgment is paid in full, Defendants shall submit financial information that is sufficient for the United States to determine whether there have been any changes in Defendants' financial condition. Such information shall include documents showing Defendants' net worth and changes to net worth in the six months prior to the submission, including a sworn financial statement form OBD-500, all deposit and brokerage account statements for any accounts to which Defendants are signatories, all receipts for cash received and not deposited into deposit or brokerage accounts, June and December statements for any loans to which Defendants are debtors, and a balance sheet for Anglin LLC as of the date of submission.

5. The United States or Defendant may at any time move the Court under 28 U.S.C. § 3204(b) to modify the amount of payments in the Installment Payment Order, alter their frequency, or require full payment of the Consent Judgment.

6. The Court shall retain jurisdiction over this case for purposes of enforcing this order.

Ordered this 28th day of February, 2014.

BY THE COURT:

/s/ Barbara B. Crabb

BARBARA B. CRABB
United States District Judge